**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DWIGHT DAVIS II;** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:25-cv-01873-D** |
| | § | |
| **YEVHENII VATOKIN; AND** | § | |
| **GARANT, INC.;** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTFF'S NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RULE 26**
**INITIAL DISCLOSURES**

COME NOW Plaintiff, Dwight Davis, II, and hereby file his notice of service

of Plaintiff's Second Supplemental Rule 26 Initial Disclosures which have been

served via e-mail on April 20, 2026, on Defendants Yevhenii Vatokin and Garant,

Inc. in the above-referenced case.

Respectfully submitted,

BY: */s/ Jessica Murray*
**Jessica Murray**
State Bar No. 24129138
jessica.murray@witheritelaw.com

**WITHERITE LAW GROUP, PLLC**

10440 N. Central Expressway, Suite 400
Dallas, Texas 75231
(214) 378-6665
(214) 378-6670 (fax)

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this this 20th day of April 2026, pursuant to the Federal Rules of Civil Procedure.

*/s/ Jessica Murray*
**JESSICA MURRAY**

Mike Bassett
Melissa Daniels
Chartwell Law
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas  75219