**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DWIGHT DAVIS, II;** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:25-cv-01873-D** |
| | § | |
| **YEVHENII VATOKIN; AND** | § | |
| **GARANT, INC.;** | § | |
| | § | |
| **Defendants.** | § | |

**STIPULATION AS TO AN EXTENSION OF TIME FOR THE SUPPLEMENTATION OF DR. ALLYN B. NEEDHAM, PH.D, CEA'S PRESENT VALUE REPORT**

COME NOW all parties, and by virtue of this stipulation herein hereby agree to the following:

The parties agree that the report of Dr. Allyn Needham regarding the present value of Todd Capielano's vocational report will be supplemented and produced no later than April 27, 2026.

Respectfully submitted,

BY: */s/ Jessica E. Murray*
**JESSICA E. MURRAY**
State Bar No. 24129138
jessica.murray@witheritelaw.com

**WITHERITE LAW GROUP, PLLC**

901 West Vickery Boulevard
Suite 900
Fort Worth, TX 76104
(214) 378-6665
(214) 378-6670 (fax)

**ATTORNEY FOR PLAINTIFF**

*-and-*

**STIPULATION AS TO AN EXTENSION OF TIME FOR THE SUPPLEMENTATION OF DR. ALLYN B. NEEDHAM, PH.D, CEA'S PRESENT VALUE REPORT** – **Page 1**

**CHARTWELL LAW**

/s/ Melissa K. Daniels *with permission*

**_____**
**MIKE H. BASSETT**
SBN: 01890500
mbassett@chartwelllaw.com
**MELISSA K. DANIELS**
SBN: 24136235
mdaniels@chartwelllaw.com
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219
(214) 894-6972 Telephone
(610) 666-7704 Facsimile
eService: dallasefile@chartwelllaw.com

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this 28th day of April 2026, pursuant to the Federal Rules of Civil Procedure.

*/s/ Jessica E. Murray*
**JESSICA E. MURRAY**

Mike H. Bassett
Melissa K. Daniels
Chartwell Law
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219